In re KLEIBS.

(Circuit Court, S. D. New York. March 7, 1904.)

1. ALIENS—DEPORTATION—DEFENSES.

Where an alien arrived by water at the port of New York, and was subject to deportation, as belonging to one of the classes of aliens whose entry is prohibited, it was no defense to his deportation that he had three years before arrived in the United States by water, and had remained for four months, during which he bought a farm, took out his first naturalization papers, and since his second arrival he had contracted marriage in the United States.

Edmund Bittner, for the writ.
Clarence S. Houghton, Asst. U. S. Atty., opposed.

LACOMBE, Circuit Judge. This is a peculiarly hard case, but it is not perceived that there is any theory upon which the petitioner can be discharged. Concededly, he is an alien who arrived by water at the port of New York on November 17, 1903. He was arrested upon a warrant of the Secretary of the Department of Commerce and Labor on February 24, 1904, and was given a hearing before the board of special inquiry, which board found that he was within one of the classes of aliens whose entry into the United States is prohibited. The accuracy of this finding is not disputed, and the petitioner was arrested and held for deportation less than four months after his arrival. The circumstances that he had arrived here by water on a former occasion in August, 1900, and remained in the United States four months, during which time he bought a farm and took out his first papers, and that since his second arrival he has married here, make his case a hard one, but do not relieve him from the operation of the statute.

The writ is dismissed. Attorney for the United States will give two days' notice of application for order of dismissal, in case petitioner may wish to appeal.